CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
11 Golden Shore Drive, Suite 350
Long Beach, California 90802
Telephone: (310) 514-1200
Facsimile: (310) 514-1837
E-Mail: cnaylor@naylorlaw.com

Attorney for Plaintiff,
JEFFREY AMESTOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AMESTOY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 1:20-cv-01075-NONE-SKO<br><br>IN ADMIRALTY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF DATE**<br><br>**(Doc. 23)** |

    Plaintiff JEFFERY AMESTOY and Defendant UNITED STATES OF AMERICA and their respective counsel of record, collectively ("the Parties"), hereby submit this second joint stipulation to modify the fact discovery cutoff date set by the initial Scheduling Order by sixty (60) days.

    On May 14, 2021, the parties submitted their filed a Joint Stipulation and [Proposed] Order to Extend the Expert Disclosure and Expert Disclosure and Rebuttal dates [Doc 20]. Therein the parties sought to extend those dates, and the expert discovery cutoff dates by 60 days. At the time the Parties had intended to also request that the Court extend the fact discovery cutoff date but through inadvertence, failed to include that request in their Joint Stipulation and [Proposed] Order. Modifying Scheduling Order, intending to extend all of the pretrial dates, including the fact

1

discovery cutoff date by 60 days. Therein the parties showed good cause for the request to wit:

The Parties assert that there is good cause to amend the Scheduling Order [Docket No. 17] and propose the schedule set forth below.

The request for extension is based on the following:

1. The Parties have been diligent in conducting discovery. The Parties have each propounded a set of written discovery.

2. The Parties completed a private mediation on April 28, 2021 with Harris Weinberg. Although the matter was not resolved at that time, the parties came up with a discovery plan and have agreed to a second mediation session with Mr. Weinberg.

3. The depositions of Plaintiff and crewmember witnesses are anticipated to be completed in July 2021.

4. The COVID-19 pandemic and government responses thereto may significantly affect the Parties' ability to conduct remaining discovery in this case. The vessel on which the subject incident occurred is in Saipan. It is not accessible to visitors (including the parties' experts) due to government and coast guard restrictions.

5. Plaintiff is a seaman and has not been able to sign off the vessel he is currently assigned to complete a deposition, remotely or otherwise. The witnesses to the subject incident are seamen and have not been able to sign off the vessel(s) they are currently assigned to complete deposition(s), remotely or otherwise. Plaintiff is currently on a vessel off the coast of Saipan. The witnesses are on vessels off the coasts of Saipan and Guam.

6. The Parties have discussed the timing of their expert disclosures and agree that an inspection of the incident location and completion of Plaintiff and witness depositions is required for their experts' full assessment and opinions. The Parties believe a continuance of the Expert Disclosure and Rebuttal deadlines is necessary to allow time for completion of depositions, an inspection of the incident location, and to finalize and exchange expert reports. The Parties believe that the denial of their request for a

continuance of the liability expert exchange and rebuttal deadlines will result in prejudice to both Parties because they will be unable to effectively prepare or defend the case as a result of a lack of liability expert assessment and opinions.

7. The matter is set for a settlement conference on October 12, 2021. The parties intend to have their expert reports exchanged prior to this settlement conference.

8. In light of the above, the Parties submit there is good cause for the continuance reflected in the Parties' proposed schedule. Accordingly, the Parties jointly and respectfully request the continuances outlined below.

Through inadvertence, the Parties failed to include the fact discovery cutoff date among the dates listed in that Joint Stipulation and Order and on May 21,2021 the Court issued its Order Modifying the Scheduling Order [Doc 21] as requested by the parties. The Parties now jointly ask the court to extend the fact discovery cutoff for sixty (60) days as follows:

| | Matter Current Date: | **New Response Date:** |
|---|---|---|
| Fact Discovery Cutoff | July 6, 2021 | September 6, 2021 |

There has been one prior request for an extension of discovery or trial deadlines. This request seeks to conform the Fact Discovery Cutoff to the modified schedule set by the Court in it's Order Modifying the Scheduling Order referenced above.

In light of the above, the Parties submit there is good cause for the continuance reflected in the Parties' proposed schedule. The proposed date change was selected and agreed upon to allow sufficient time for completing discovery and attending the October 12, 2021 settlement conference, if the parties are unable to resolve this through private mediation.

///
///

1 | IT IS SO STIPULATED.

                                          Respectfully submitted.

Dated: June 30, 2021                  BRIAN M. BOYNTON
                                          Acting Assistant Attorney General
                                          R. MICHAEL UNDERHILL
                                          Attorney in Charge, West Coast Office
                                          Torts Branch, Civil Division
                                          ERIC KAUFMAN-COHEN
                                          Assistant Attorney in Charge, West Coast Office
                                          Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 36028
                                          450 Golden Gate Avenue, Room 7-5395
                                          San Francisco, California 94102-3463
                                          Telephone: (415) 436-6647
                                          Facsimile: (415) 436-6632
                                          E-mail: eric.kaufman-cohen@usdoj.gov

                                          Attorneys for Defendant
                                          United States of America

                                  By:   /s/  *Lisa M. Conner*
                                          Flynn, Delich & Wise LLP
                                          One World Trade Center, Suite 1800
                                          Long Beach, CA 90831-1800
                                          Telephone:  (562) 435-2626
                                          Facsimile:   (562) 437-7555
                                          E-mail:     lisac@fdw-law.com

                                          Of Counsel to the United States

Dated: June 30, 2021                  Law Offices of Charles D. Naylor

                                  By:   /s/ *Charles D. Naylor*
                                          CHARLES D. NAYLOR
                                          Attorneys for Plaintiff
                                          JEFFREY AMESTOY

# **ORDER**

Based on the Joint Stipulation of the parties (Doc. 23), and good cause appearing therefor, the Fact Discovery deadline is **CONTINUED from July 6, 2021, to September 6, 2021.** All other deadlines set forth in the case schedule (Doc. 17, as modified by Doc. 21) remain as set.

IT IS SO ORDERED.

Dated:   **July 1, 2021**                                  /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE